# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00793-CV

**B. A. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C180096CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant B. A. B. filed his notice of appeal on November 1, 2019. The appellate record was complete November 7, 2019, making appellant's brief due November 27, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than December 17, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 4, 2019.

Before Chief Justice Rose, Justices Triana and Smith